UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                 Case No. 2:11-cr-24-01

v.                                             HON. R. ALLAN EDGAR

ANDREW MARCUS JOHNSON,

       Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on November 22, 2011, on an Indictment charging defendant with Conspiracy to Distribute and to Possess With Intent to Distribute Cocaine Base (Crack Cocaine). The government has filed a motion for pretrial detention (Docket #39). Defendant has advised the court that he does not wish to contest detention at this time, but would like to reserve the right to request a hearing at a later date. Accordingly, the government's motion for detention is granted and the defendant will be detained pending trial. Defendant reserves the right to request a hearing at a later date.

IT IS ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the

government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

        IT IS SO ORDERED.

        /s/ Timothy P. Greeley
        TIMOTHY P. GREELEY
        UNITED STATES MAGISTRATE JUDGE

Dated: November 22, 2011