UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL SCOTT STEPHENS,

    Defendant.
_____/

Case No. 2:11-cr-24-02

HON. R. ALLAN EDGAR

## ORDER OF DETENTION

Defendant appeared before the undersigned on December 13, 2011, on a warrant of arrest issued for defendant's alleged violations of his conditions of release. At the hearing, the government requested that the defendant be detained pending trial. Defense counsel indicated that the defendant wished to have a detention hearing scheduled, but that counsel needed time to prepare for the hearing. Therefore, IT IS HEREBY ORDERED that the defendant shall be held pending further proceedings.

    IT IS SO ORDERED.

Date: December 13, 2011

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge